UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21311-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$380,002 in U.S. CURRENCY,

    Defendant.

_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Verified Motion for Default Judgment (DE# 10, 7/10/12). The in rem forfeiture action was filed pursuant to 21 U.S.C. §881(a)(6) as currency involved in violation of the Controlled Substances Act. See Verified Complaint for Forfeiture In Rem (DE# 1, 4/5/12). 19 U.S.C. §1621 provides, in pertinent part:

> No suit or action to recover any duty . . . or any pecuniary penalty or forfeiture of property accruing under the customs laws shall be instituted unless such suit or action is commenced within five years after the time when the involvement of the property in the alleged offense was discovered, whichever was later. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that on or before July 26, 2012, the plaintiff shall file a memorandum addressing whether the statute of limitations has expired in this

matter.

DONE and ORDERED, in chambers, in Miami, Florida, this **12th** day of July, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record