UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-21311-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$380,002 in U.S. CURRENCY,

      Defendant.

_____/

**<u>ORDER</u>**

THIS MATTER comes before the Court on the Plaintiff's Verified Motion for

Default Judgment (DE# 10, 7/10/12). The in rem forfeiture action was filed pursuant to

21 U.S.C. §881(a)(6) as currency involved in violation of the Controlled Substances Act.

<u>See</u> Verified Complaint for Forfeiture In Rem (DE# 1, 4/5/12). 19 U.S.C. §1621

provides, in pertinent part:

> No suit or action to recover any duty . . . or any pecuniary penalty or
> <u>forfeiture of property</u> accruing under the customs laws shall be instituted
> unless such suit or action is commenced within five years after the time
> when the involvement of the property in the alleged offense was
> discovered, whichever was later. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that on or before July 26, 2012, the plaintiff shall

file a memorandum addressing whether the statute of limitations has expired in this

matter.

DONE and ORDERED, in chambers, in Miami, Florida, this **12th** day of July, 2012.

_____

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record